IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LINDA BRANSFIELD AND LAUREN BRANSFIELD,**  Plaintiffs,  v.  **NEW JERSEY MANUFACTURERS INSURANCE COMPANY,**  Defendant. | **CIVIL ACTION**  **NO. 17-0088** |

# O R D E R

**AND NOW**, this 23rd day of February, 2017, upon consideration of the Defendant's Motion for Reconsideration, ECF #6, and the Plaintiff's Opposition thereto, ECF #7, **IT IS HEREBY ORDERED** that Defendant's motion is **DENIED.**

                                    **BY THE COURT:**

                                    **/S/WENDY BEETLESTONE, J.**

                                    _____

                                    **WENDY BEETLESTONE, J.**